AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

*JUL – 8 2026*
*ANDREW W. MOELLER, CLERK*

**United States of America**

v.

Case No. 26-mj-5174

**JEFFREY L. NOWAK**

---
*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about September 7, 2025, to on or about July 8, 2026, the exact dates being unknown, in the Western District of New York, the defendant, JEFFREY L. NOWAK, did:

(1) knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and

(2) knowingly possess any material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

all in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(5)(B).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Kelly A. Milliman, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed telephonically.

Date: July 8, 2026

_____
*Judge's signature*

City and State:  Buffalo, New York

HON. MICHAEL J. ROEMER, USMJ
_____
*Printed name and title*

1

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kelly A. Milliman, being duly sworn, depose and say:

1.      I am a Special Agent of the United States Department of Justice, Federal Bureau of Investigation (FBI), and have been so employed since 2018. I am currently assigned to the Buffalo Division Violent Crimes Against Children Squad, where my investigative responsibilities include investigation of crimes against children, including online enticement, production, advertising, possession, receipt, and distribution of child pornography, and other related violations. I have gained knowledge and experience through training at the FBI Academy, in-service training, and everyday work in conducting multiple types of investigations. Prior to my present assignment, I held assignments in Philadelphia and Buffalo on their respective White Collar squad. I have reviewed examples of child pornography as defined at 18 U.S.C. § 2256, in various forms of media including computer media and participated in multiple federal search warrants involving violations of child pornography, child sex trafficking and human trafficking.

2.      I make this affidavit in support of a criminal complaint charging **JEFFREY L. NOWAK** (hereinafter "**NOWAK**") having a date of birth of April 1980, with a violation of Title 18, United States Code, Sections 2252A(a)(2)(A) [receipt of child pornography] and 2252A(a)(5)(B) [possession of child pornography].

3.      The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers involved in this investigation, and upon my training and experience.  Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included

each and every fact known to me concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause to believe that NOWAK knowingly violated Title 18, United States Code, Sections 2252A(a)(2)(A) (receipt of child pornography) and 2252A(a)(5)(B) (possession and accessing with intent to view child pornography).

## DETAILS OF THE INVESTIGATION

### Prior FBI Investigation

4.      In September 2019, the New Zealand Department of Internal Affairs (DIA) was notified by Mega, a New Zealand cloud-based digital storage and file-hosting website/application, of a public hyperlink which contained photos and videos files of sexually exploited children.

5.      The New Zealand DIA reviewed the hyperlink and the contents of the associated folders. The DIA confirmed there were numerous video files and photo files which depicted the sexual exploitation of infants, toddlers and prepubescent minors.

6.      The hyperlink was public, meaning that although the content was encrypted, any person with the hyperlink could download and view the content. Mega users who accessed the hyperlink had the ability to import some or all the content into their Mega account. Mega was able to identify the users who did import some or all of the content. This information was then shared with New Zealand DIA and referred to the FBI.

7.      In December 2019, the FBI received the Mega based evidence, which included accounts with U.S. identified IP addresses that accessed one or more of the files with sexually exploited children. There were approximately 30,000 U.S. user accounts. One of those accounts was identified as pigboybuffalo@gmail.com, which further linked to IP address 98.4.230.21.

3

8.      Pursuant to an administrative subpoena served on Charter, the FBI received information regarding IP address 98.4.230.21, which was registered to Bishop Head Residence, 10 Rosary Avenue, Lackawanna, New York, 14218.

9.      Pursuant to an administrative subpoena served on Google, the FBI received information regarding email address pigboybuffalo@gmail.com, which identified the following information:

   a. Google account 103917457010, created on 12-14-2014, last login on 3-17-2020, recovery email address jeffreylnowak@msn.com

10.     Database checks for Jeffrey L. Nowak identified the following individual:

   a. Jeffrey Louis Nowak
   b. DOB: 4/XX/1980
   c. Address: Lackawanna, NY
   d. Telephone number: 716-XXX-7262

11.     A google search of Jeffrey L. Nowak revealed in August 2019, Father Jeffrey Nowak with the Diocese of Buffalo, was placed on administrative leave as an investigation was conducted following allegations of inappropriate contact with children and harassment of a seminarian.

12.     An investigation was conducted by the FBI in May 2021. A search warrant was obtained for the email address pigboybuffalo@gmail.com, however, that warrant yielded negative results for child sexual abuse material (CSAM). The FBI investigation was closed in July 2023.

*Present FBI Investigation*

13.     In late 2025, the FBI Criminal Division's Violent Crimes Against Children and Human Trafficking Section, Child Exploitation Operational Unit (CEOU) received a referral from law enforcement located in Scotland related to a Telegram group whose members

participated in group Zoom calls in which members were observed viewing and sharing CSAM.

14.     CEOU opened a large-scale investigation and identified U.S. based individuals who engaged in advertising, hosting, and participating in Zoom calls in which CSAM was displayed to the group.

15.     The FBI obtained three Zoom meeting URLs shared within a Telegram group which was used exclusively for discussion and advertising of CSAM Zoom calls. The FBI obtained and reviewed the content for one of the Zoom meetings (Zoom meeting ID 6010106969, occurring on September 7, 2025), which confirmed the participants sharing CSAM. Specifically, during this Zoom meeting, several child pornography files were shared among the participants on the Zoom call, to include the following files:

- A video of what appeared to be an adult male masturbating over a pre-pubescent female wearing a light-colored shirt.

- A video of a pre-pubescent boy performing oral sex on what appears to be an adult male with additional images of adult men masturbating displayed around the video and the words "MASTURBATE THE PEDO PENIS" overlayed on the video followed by the words "NEWBORN BABY CUNT" overlayed over a video of what appeared to be an adult male masturbating.

- A video depicting what appeared to be an adult fair-skinned male, nude from the waste down, penetrating a toddler of undetermined gender. Above and to the side of the video were numerous videos of adult males masturbating and the words "IMAGINE FEEDING AN INFANT YOUR PEDO CUM" and "CHILD PORN MAKES YOUR HARD" and "PEDOPHILES FEEL THE MOST PLEASURE" amongst others.

16.     As part of the CEOU investigation, in February 2026, an individual known to law enforcement as Confidential Human Source (CHS), was charged via a criminal complaint with distribution and possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B). CHS was arrested in February 2026 and continues to

cooperate with the ongoing investigation.

17.    During a proffer, CHS told investigators that he/she hosted Telegram streams where users could view CSAM content, as well as meet and communicate with individuals who shared an interest in CSAM. CHS sent Telegram users Zoom call links, where he/she streamed CSAM. CHS noted if individuals were in the Telegram group, they knew and intended to see CSAM in the Zoom calls. CHS maintained control settings for the Zoom call links. The links stayed in the Telegram group and individuals often shared the links with their friends. CHS received money for hosting the Zoom calls. Unsure of the exact amount, CHS noted he/she received "a good amount," of money and it was "over a thousand." CHS confirmed that one of the Zoom calls he/she hosted was Zoom meeting ID 6010106969, which was held on September 7, 2025.

18.    Pursuant to information provided by Zoom to law enforcement, Zoom meeting ID 6010106969, which was held on September 7, 2025, was accessed by 69 to 73 participants, to include a user associated with IP address 98.117.163.234.

19.    Pursuant to an administrative subpoena served on Zoom, the FBI received information regarding the associated username for IP address 98.117.163.234, which was PigBoy666.

20.    In May 2026, CHS, stated that the user PigBoy666 may have helped CHS and gave him/her money. CHS further noted PigBoy666 was possibly in his 40s and had facial hair. It should be noted that NOWAK, who was born in April 1980, is 46 years old, and that his New York State Department of Motor Vehicle records show a picture of him where some facial hair/stubble is visible.

21.    Pursuant to an administrative subpoena served on Verizon, the FBI received

information regarding IP address 98.117.163.234, which was registered to Joseph Nowak, with a particular service address in Lackawanna, New York ("Subject Premises"), telephone number 716-XXX-7262. Joseph Nowak is 74 years old and is the father of NOWAK.

22.     FBI Buffalo was sent a referral by CEOU, as their investigation is ongoing. The investigation into NOWAK was re-opened by FBI Buffalo in March 2026.

23.     Research was conducted on NOWAK which indicated, according to Accurint, his address is listed the Subject Premises, with a recent telephone number listed in March 2026 as 716-XXX-7262.

24.     Open-source research provided several news articles in relation to NOWAK's removal from the Catholic Diocese after a sexual misconduct investigation in 2019.

25.     On July 7, 2026, Magistrate Judge Michael J. Roemer authorized a search warrant of the Subject Premises, and on July 8, 2026, members of the FBI and Western New York Regional Computer Forensic Lab (WNYRCFL) conducted a federal search warrant at NOWAK's residence. NOWAK was present during the entirety of the search warrant and was interviewed by FBI Agents. Multiple items of evidence were seized during the search warrant to include, but not limited to a cell phone, laptop, iPad, a USB storage device and suspected narcotics.

26.     During the search, members of the WNYRCFL conducted an on-site preview of the electronics, including a USB storage device located inside of a bible case in NOWAK's bedroom. Located on the USB device were several folders containing videos of child pornography. Some of the titles of the folders on the USB are indicative of child pornography, which included but were not limited to: "Perv1", "Perv2", "Perverse Pleasure", and "Satanicals". Within the folder titled "Cake Recipes" was a subfolder labeled "Cp video

Brutal", which contained several videos, three of which were previewed by a forensic agent and depicted an adult male penetrating a toddler from behind.

27.    During the search, NOWAK was interviewed and admitted to using several online platforms for years, to include Telegram and Zoom, to view child pornography. NOWAK stated that he accessed the child pornography sometimes as frequent as weekly to masturbate. Additionally, NOWAK stated he may have accessed the online platforms containing child pornography as often as multiple times daily. NOWAK acknowledged that he last viewed child pornography as early as the morning of July 8, 2026, as the FBI was arriving at his residence. NOWAK made statements that his electronic devices may contain additional child pornography and admitted that he has a sexual preference of minor boys, as young as toddlers. NOWAK acknowledged viewing child pornography depicting infants being subjected to various sex acts, including oral, vaginal, and anal penetration.

### CONCLUSION

28.    Based upon the foregoing, I respectfully submit that I have probable cause to believe that **JEFFREY L. NOWAK** has violated Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(5)(B).

Kelly A. Milliman, Special Agent
Federal Bureau of Investigation

Sworn and subscribed telephonically
this 8th day of July 2026.

HON. MICHAEL J. ROEMER
United States Magistrate Judge

8